# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ECN FINANCIAL LLC, | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 2:17-cv-02760-CDJ |
| GALMOR'S/G&G STEAM SERVICES, INC. | : | |
| and STEVE GALMOR, | : | |
|     *Defendants/Third-Party Plaintiffs*. | : | |
| | : | |
| v. | : | |
| | : | |
| TOTAL EQUIPMENT AND RENTAL, LLC | : | |
| d/b/a BOBCAT OF OKLAHOMA CITY, | : | |
|     *Third-Party Defendant*. | : | |

Jones, II    J.                                                                                              August 1, 2018

## ORDER

**AND NOW**, this 1st day of August, 2018, upon consideration of Total Equipment's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), (2) and (6) and 28 U.S.C. § 1367(c)(2), or, in the Alternative, to Strike the Third-Party Complaint pursuant to Federal Rule of Civil Procedure 14(a)(4) or Federal Rule of Civil Procedure 8(a)(2), (ECF No. 9.), and the responses thereto, it is hereby **ORDERED** that Total Equipment's Motion to Dismiss is **DENIED** in its entirety.

                                                                                                BY THE COURT:

                                                                                            */s/ C. Darnell Jones, II*
                                                                                               C. Darnell Jones, II    J.